# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Dynamics Research Corporation | )   ASBCA No. 58815 |
| | ) |
| Under Contract No. N00014-04-D-0508 | ) |

APPEARANCE FOR THE APPELLANT:      Brian S. Gocial, Esq.
    Blank Rome LLP
    Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:      E. Michael Chiaparas, Esq.
    DCMA Chief Trial Attorney
    Elizabeth L. Kafel, Esq.
    Assistant Counsel
    Defense Contract Management Agency
    Boston, MA

## ORDER OF DISMISSAL

This appeal has been settled. It is hereby dismissed with prejudice subject to reinstatement only in the event that the settlement is not consummated within 90 days from the date of this order.

Dated: 17 June 2014

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58815, Appeal of Dynamic Research Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2